IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANGELENA V. PALMER ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 4:14-CV-000248-CDL |
| ) | |
| LEGACY AUTOMOTIVE OF ) | |
| COLUMBUS, LLC; LEGACY ) | |
| CHEVROLET, INC.; and EMANUEL D. ) | |
| JONES, individually, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR CONTINUANCE OF TRIAL DATE AND PRETRIAL DEADLINES

COME NOW Defendants and respectfully request that the Court continue the trial date presently set for February 29, 2016 and all pretrial deadlines for all of the following reasons:

(1) This Court previously entered an order on January 8, 2016 setting a pretrial conference for February 4, 2016, with a pretrial order due January 28, 2016, and a trial date of February 29, 2016.

(2) Defendants' prior counsel filed a motion to withdraw on January 11, 2016, which this court granted on January 16, 2016.

(3) The undersigned, as counsel for Defendants, entered his appearance on January 15, 2016.

(4) Counsel for Defendants, as new counsel, must gain familiarity in this case.

(5) However, the undersigned is currently in an out-of-state trial as lead counsel in the case styled as *Specialty Medical Products, Inc. v. Billy D. Hall, Jr., Greg Whitford, and Alpha Medsource, LLC*, Case No. 3:14-cv-01152, pending in the United States District Court in

1

the Middle District of Tennessee before the Honorable Aleta A. Trauger, which is scheduled to continue through at least January 22, 2016.  *See* August 20, 2015 Order, attached as **Exhibit A**.

(6) The undersigned is also currently scheduled to begin a multi-week trial on February 29, 2016 in the case styled as *David Brown, et al. v. Venture Express, Inc.*, No. 3:13-cv-00020, pending in the U.S. District Court for the Northern District of Georgia before the Honorable Timothy C. Batten, Sr.  *See* October 8, 2015 ECF Notice, attached as **Exhibit B**.

(7) Finally, Emanuel D. Jones, an individual defendant in this case, is a state senator in the Georgia Senate.  The Georgia Legislature is currently in session and will be through an undetermined date in March 2016.  O.C.G.A. §24-13-29 provides an exemption to members of the General Assembly from attendance at any hearing or trial while the General Assembly is in regular or extraordinary session.  As the current trial date is February 29, 2016, during the General Assembly's session, Mr. Jones will not be able to attend and therefore a continuance is requested.  It is also highly unlikely Defendants' counsel will be able to meet with Mr. Jones until the legislative session is concluded.

Accordingly, Defendants respectfully request a continuance of all pretrial deadlines and conferences to and through May 26, 2016 and for trial to be set thereafter.  Defendants have filed an Order contemporaneously with this motion for the Court's convenience.  Further, Defendants have notified Plaintiff's counsel of its intent to file this motion.

Respectfully submitted this 18th day of January, 2016.

    s/ David Gevertz
    David E. Gevertz, GA Bar No. 292430
    Baker, Donelson, Bearman,
    Caldwell & Berkowitz, PC
    Monarch Plaza, Suite 1600
    3414 Peachtree Road N.E.
    Atlanta, Georgia 30326

Phone: (404) 221-6512
Fax:     (678) 406-8816
Email:  dgevertz@bakerdonelson.com

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy a true and correct copy of ***Motion for Continuance of Trial Date and Pretrial Deadlines*** by filing the same using the Court's ECF system, which will automatically send a notification to the following attorneys of record:

John W. Roper
Heather Lynn Champion
5353 Veterans Pkwy, Suite A
Columbus, GA 31904
Email: johnroper@roperlaw.com
Email: heather@hlchampionlaw.com.

This 18th day of January, 2016.

s/ David Gevertz
David Gevertz
GA Bar No. 292430
