**ORIGINAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANGELENA V. PALMER,

    Plaintiff,

-vs-                                    CASE NO. 4:14-CV-248 (CDL)

LEGACY AUTOMOTIVE OF
COLUMBUS, LLC, d/b/a LEGACY
CHEVROLET INC., and EMANUEL
D. JONES, individually,

    Defendants.

---

## VERDICT

We the jury find in favor of Plaintiff, Angelena V. Palmer, and award her damages for unpaid overtime compensation in the amount of _____, and we award those damages against:

    \_\_\_\_\_Legacy Automotive of Columbus, LLC

    \_\_\_\_\_Emanuel D. Jones

                              OR

    ✓ We the jury find in favor of the Defendants.

IF YOU AWARDED DAMAGES TO PLAINTIFF, ANSWER THE FOLLOWING WITH REGARD TO EACH DEFENDANT WHOM YOU AWARDED DAMAGES AGAINST:

1. Do you find by a preponderance of the evidence that the acts and/or omissions of Legacy Automotive of Columbus, LLC giving rise to Angelena Palmer's FLSA claim were in good faith?

    \_\_\_\_\_YES

    \_\_\_\_\_NO

2. Do you find by a preponderance of the evidence that the acts and/or omissions of Emanuel D. Jones giving rise to Angelena Palmer's FLSA claim were in good faith?

    \_\_\_\_\_YES

    \_\_\_\_\_NO

SO SAY WE ALL.

_____
Foreperson's Signature

6/10/2016
_____
Date