IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANGELENA V. PALMER, | * |
| Plaintiff, | * |
| v. | Case No. 4:14-cv-00248-CDL |
| | * |
| LEGACY AUTOMOTIVE OF COLUMBUS, LLC, LEGACY CHEVROLET, INC., and EMANUEL D. JONES, | * |
| | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to the jury verdict dated June 10, 2016, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 13th day of June, 2016.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk